**868**            CASES REPORTED WITH BRIEF SYLLABI.

Being Fictitious, etc., and Another, Respondents.— Judgment and order reversed and a new trial granted, with costs to appellant to abide the event, on the ground that it was error to take from the jury the question of exemplary damages. (*Samuels* v. *Evening Mail Association*, 75 N. Y. 604; 9 Hun, 288.)    Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

FREDERICK H. KORFF, Respondent, v. C. E. JOHANSSON, INC., Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

L. BUCHMAN COMPANY, INC., Respondent, v. ARTHUR E. WINTER and FRANK B. Ross, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

JAMES NASH, Appellant, v. BOOTH & COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs.    No opinion.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

OLIVER M. OAKE, Respondent, v. JOSEPH PETRUZZI, Appellant.— Judgment unanimously affirmed, without costs.    No opinion.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GARDNER, Appellant.    (Appeal No. 1.) — Judgment of conviction by the County Court of Kings county affirmed.    No opinion.    Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GARDNER, Appellant.    (Appeal No. 2.) — Judgment of conviction by the County Court of Kings county affirmed.    No opinion.    Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES F. SMITH, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion.    Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR SZERLIP, Relator, v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, without costs.    No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

JOHN J. RUEPPEL, Respondent, v. BANY LEVY, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

MAE G. SORENSEN, Respondent, v. FREDERICK F. PROCTOR, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

ETHEL VERGASON, as Administratrix, etc., of GEORGE VERGASON, Deceased, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.    No opinion.    Present — Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ.

NEW YORK DOCK COMPANY, Appellant, Respondent, v. FLINN-O'ROURKE COMPANY, INC., and the CITY OF NEW YORK, Respondents, Appellants.— Motion for leave to appeal to the Court of Appeals denied.    Present — Blackmar, P. J., Rich, Kelly and Manning, JJ.

EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, v. BERNARD F.